Fatemah AZIZIAN; Soraya Farrah; Eunice Fey; Rose Gonzales; Kazuko Y. Morgan; Nicola Nelson–Torres; Monique Patrick; Judith Pogran; Pamela Powell, Shirley Powell; Rose Skillman on behalf of themselves and all others similarly situated; Hannah Feldman; Nikki Hurst Gibson, Plaintiffs–Appellees,

Kamela Wilkinson, Appellant,

Susan Casenza; Valerie Theng Matherne, Intervenors–Appellees,

v.

FEDERATED DEPARTMENT STORES, INC.; Boucheron (USA) Ltd.; Chanel, Inc.; Parfums Givenchy, Inc.; Guerlain, Inc.; Christian Dior Perfumes, Inc.; Conopco, Inc.; L'oreal USA, Inc.; The Estee Lauder Companies, Inc.; Clarins U.S.A. Inc.; Dillard's Inc.; Target Corporation; Gottschalks, Inc.; Saks Incorporated; The May Department Stores Company; Nordstrom, Inc.; The Neiman–Marcus Group, Inc., Defendants–Appellees.

Fatemah Azizian; Soraya Farrah; Eunice Fey; Rose Gonzales; Kazuko Y. Morgan; Nicola Nelson–Torres; Monique Patrick; Judith Pogran; Pamela Powell, Shirley Powell; Rose Skillman on behalf of themselves and all others similarly situated; Hannah Feldman; Nikki Hurst Gibson, Plaintiffs–Appellees,

Kamela Wilkinson, Appellant,

and

Susan Casenza; Valerie Theng Matherne, Intervenors/Appellees,

v.

Federated Department Stores, Inc.; Boucheron (USA) Ltd.; Chanel, Inc.; Parfums Givenchy, Inc.; Guerlain, Inc.; Christian Dior Perfumes, Inc.; Conopco, Inc.; L'oreal Usa, Inc.; The Estee Lauder Companies, Inc.; Clarins U.S.A. Inc.; Dillard's Inc.; Target Corporation; Gottschalks, Inc.; Saks Incorporated; The May Department Stores Company; Nordstrom, Inc.; The Neiman–Marcus Group, Inc., Defendants–Appellees.

Nos. 05–15847, 05–16600.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 14, 2007.

Filed Aug. 23, 2007.

John W. Allured, Law Offices of John W. Allured, Francis O. Scarpulla, Esq., Craig C. Corbitt, Esq., Zelle Hofmann Voelbel Mason & Gette, LLP, Joseph R. Saveri, Lieff Cabraser Heimann & Bernstein, LLP, John H. Boone, Esq., Law Office of John H. Boone, Josef D. Cooper, Cooper & Kirkham, P.C., Terry Gross, Esq., Gross & Belsky LLP, Guido Saveri, Esq., Saveri & Saveri Inc., Law Firm of Joseph M. Alioto, Ben Furth, Esq., Furth Firm, Mary L. Needham, Esq., Law Offices of Mary L. Needham, Attorney at Law, San Francisco, CA, John J. Pentz, Class Action Fairness Group, Maynard, MA, Michael A. Caddell, Esq., Caddell & Chapman, Houston, TX, Gretchen M. Nelson, Esq., Attorney at Law, Los Angeles, CA, W. Timothy Needham, Janssen Malloy Needham, Eureka, CA, J. Garrett Kendrick, Esq., Kendrick & Nutley, Beverly Hills, CA, John L. Burris, Esq., Law Offices of John

L. Burris Airport Corporate Center, Oakland, CA, Alan R. Plutzik, Esq., Bramson Plutzik Mahler & Birhaeuser LLP, Angelina Grace, Esq., Walnut Creek, CA, Michael J. Flannery, David Danis Law Firm PC, St. Louis, MO, Robert Diskint, Esq., Critchlow & Diskint, San Rafael, CA, Susan G. Taylor, Esq., Milberg Weiss Bershad Hynes & Lerach, Daniel J. Mogin, Esq., Mogin Law Firm PC, San Diego, CA, for Plaintiffs–Appellees.

William F. Abbott, Attorney at Law, San Francisco, CA, Kent F. Brooks, Dallas, TX, for Appellant.

Andrew James Kopp, Esq., Law Office of Andrew J. Kopp, Oakland, CA, Steven B. Witman, Esq., Law Offices of Steven B. Witman, Metairie, LA, for Intervenors–Appellees.

Phillip Aaron Proger, Esq., Jones Day, Matthew W. Hoffman, Esq., Elizabeth Runyan Geise, Esq., Goodwin Procter LLP, Washington, DC, Amy Anne Stathos, Esq., Jones Day, Los Angeles, CA, Peter J. Venaglia, Esq., Dornbush Mensch Mandelstam & Schaeffer, Bruce A. Colbath, Esq., Weil, Gotshall and Manges, LLP, Frederic W. Yerman, Esq., Kaye Scholer, LLP, New York, NY, Charles Berwanger, Esq., Gordon & Rees, LLP, San Diego, CA, Ronald J. Dolan, Esq., St Louis, MO, Larry Steven Gangnes, Esq., Lane Powell, PC, Seattle, WA, Bruce H. Jackson, Esq., Baker & McKenzie, Terri Garland, Esq., Morrison & Foerster, LLP, Bingham McCutchen, LLP, Marta Miyar, Esq., George Charles Nierlich, Esq., Gibson Dunn & Crutcher, LLP, Jeffrey Knowles, Coblentz Patch Duffy & Bass, LLP, Michael W. Bien, Esq., Rosen Bien & Asaro, LLP, James T. Fousekis, Esq., DLA Piper Rudnick Gray Cary, US LLP, Anita Fern Stork, Esq., Cooley Godward LLP, Samuel R. Miller, Esq., Folger Levin & Kahn, LLP, Marlene J. Williams, Esq., Thelen Reid & Priest LLP, James L. McGinnis, Esq., Gary L. Halling, Esq., Sheppard, Mullin, Richter & Hampton, LLP, J. Thomas Rosch, Esq., Latham & Watkins, LLP, Townsend & Townsend & Crew, LLP, San Francisco, CA, for Defendants–Appellees.

Before: HUG, BRUNETTI, and W. FLETCHER, Circuit Judges.

### MEMORANDUM *

Appellant Kamela Wilkinson appeals from the district court's certification of a nationwide class of consumers of department store cosmetics, represented by Plaintiffs–Appellees, and approval of a final settlement of their antitrust claims against Defendants–Appellees. Wilkinson also objects to the district court's referral of certain matters to a special master without the consent of unnamed class members and to the district court's refusal to renotice the class. We affirm.

Our review of "a district court's decision regarding class certification" is " 'very limited.' " *Dukes v. Wal–Mart, Inc.,* 474 F.3d 1214, 1223 (9th Cir.2007) (quoting *Armstrong v. Davis,* 275 F.3d 849, 867 (9th Cir.2001)). We will reverse certification "only upon a strong showing that the district court's decision was a clear abuse of discretion." *Id.* (internal quotation marks omitted). Likewise, we review a district court's approval of a class action settlement for a "clear abuse of discretion." *Staton v. Boeing Co.,* 327 F.3d 938, 960 (9th Cir.2003) (internal quotation marks omitted). We decline to find that the dis-

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

trict court clearly abused its discretion in certifying the class and granting final approval to the settlement.

We also decline to find that the district court abused its discretion by referring certain matters to a special master without the consent of unnamed class members. *See Burlington N.R.R. Co. v. Wash. Dep't of Revenue,* 934 F.2d 1064, 1071 (9th Cir. 1991).

Finally, we decline to find that the district court erred by refusing to renotice the class. *See Churchill Village, LLC v. Gen. Elec.,* 361 F.3d 566, 575 (9th Cir. 2004).

Each party shall bear its own costs on appeal.

AFFIRMED.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.